UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN LORENZO HOKES, ) | 1:05-cv-01193-AWI-SMS-HC |
| ) | |
| Petitioner, ) | **ORDER ADOPTING FINDINGS AND** |
| ) | **RECOMMENDATIONS** (Doc. 8) |
| v. ) | |
| ) | **ORDER DISMISSING PETITION FOR** |
| STATE OF CALIFORNIA, ) | **WRIT OF HABEAS CORPUS** |
| ) | |
| Respondent. ) | **ORDER DIRECTING CLERK TO** |
| ) | **ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On December 13, 2005, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DISMISSED for failure to state a cognizable federal claim, and the Clerk enter judgment. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed objections to the Findings and Recommendations.

//

/

1

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, the Court concludes that
4 the Magistrate Judge's Findings and Recommendations are supported
5 by the record and proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed December 13,
8 2005, are ADOPTED IN FULL;
9    2.   The Petition for Writ of Habeas Corpus is DISMISSED for
10 failure to state a cognizable claim; and,
11    3.   The Clerk of Court enter judgment.

13 IT IS SO ORDERED.

14 **Dated:   February 14, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE

2